Circuit Court of Appeals, Second Circuit.
Dec. 3, 1934.

**In the Matter of LOUIS K. LIGGETT COMPANY, Bankrupt. Roy A. Heymann, Chandler Hovey, and Thomas H. McInnerney, as Trustees In Bankruptcy of the Estate of Louis K. Liggett Company, Appellants, Stott Realty Company, Appellee.**
**No. 27.**

Circuit Court of Appeals, Second Circuit.
Oct. 15, 1934.

Betten & Dannenberg, of New York City (Philip Betten and Benjamin T. Dannenberg, both of New York City, and Edgar G. Braun, of Detroit, Mich., of counsel), for claimant.

Milbank, Tweed, Hope & Webb, of New York City (Walter E. Hope and H. Struve Hensel, both of New York City, of counsel), for trustees.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.

Reversed on the authority of Manhattan Properties Co. v. Irving Trust Co., 291 U. S. 320, 54 S. Ct. 385, 78 L. Ed. 824; In re F. & W. Grand 5-10-25 Cent Stores, Inc. (Possart et al. v. Irving Trust Co.), 69 F.(2d) 807 (C. C. A.).

MANTON, Circuit Judge (dissenting).

I dissent, believing that the case of Manhattan Properties Co. v. Irving Trust Co., 291 U. S. 320, 54 S. Ct. 385, 78 L. Ed. 824, does not change the rule announced by us in Re Metropolitan Chain Stores Co. (C. C. A.) 66 F.(2d) 485.